UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

       United States of America,

                                                        **NOTICE OF COURT CONFERENCE**

                -against-

                                                          7:20-CR-00194 (CS)

       Jimmy Abellard,
                          Defendant(s).
------------------------------------------------------------------X

A Status Conference is scheduled for **July 23, 2020 at 10:45 a.m. (via Skype for Business)** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601in Courtroom 621.

The Skype call-in number to access via audio only is **(917) 933 – 2166** and the conference ID is **752698014#**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

All non-participants of this proceeding are directed to mute their phones.

                                                          /s/ Walter Clark, Courtroom Deputy

Dated:  July 23, 2020
          White Plains, New York