UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      United States of America,

                                                            NOTICE RE: CHANGE OF
                                                            TIME OF CONFERENCE

          -against-

                                                              7:20-CR-00194 (CS)


      Jimmy Abellard,
                          Defendant(s).
-----------------------------------------------------------X


The Status Conference previously scheduled before this Court for **September 8, 2020 at 10:00 a.m.** will be held at **9:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                                         /s/ Walter Clark, Courtroom Deputy

Dated:  August 31, 2020
           White Plains, New York