UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       United States of America,

                                      Notice of Adjournment
                                        of Court Conference

              -against-

                                       7:20-CR-00194 (CS)

       Jimmy Abellard,
                        Defendant(s).
------------------------------------------------------------------X

The Status Conference previously scheduled before this Court for **September 8, 2020** is adjourned to **September 10, 2020 at 11:00 a.m. (via Skype for Business**) in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                                                   /s/ Walter Clark, Courtroom Deputy

Dated: August 31, 2020
       White Plains, New York