# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

September 23, 2020

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Abellard*, 20 Cr. 194 (CS)

Your Honor:

    I represent Jimmy Abellard in the referenced case and am writing to request that a conference, now scheduled for September 23, 2020, be postponed [until October], 2020. The reason for this request is that we expect Mr. Abellard to change [his plea, but he has asked] for some brief additional time before doing so.

    The government consents to this application. And the defense agrees to exclude time for speedy trial purposes.

Respectfully submitted,

    /s/
James E. Neuman

---

*Handwritten order:*

The 9/23/20 is adjourned for change of plea to 10/15/20 at 2:30 pm (in person). No further adjournments. The time between now and 10/15/20 is hereby excluded under the Speedy Trial Act in the interests of justice. I find the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable Defendant to be prepared for the plea.

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

9/23/20