UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMY ABELLARD<br><br>Defendant. | **SEALED ORDER**<br><br>**20 Cr. 194 (CS)** |

Upon the application of the United States of America, by Margaret N. Vasu, Assistant United States Attorney, made to this Court by affirmation dated August 19, 2024, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

1. The Wardens of the Metropolitan Detention Center Brooklyn in Brooklyn, New York ("MDC"), Newark, New Jersey ("ECCF"), Westchester County Department of Corrections in Valhalla, New York ("WCDOC"), and Hudson County Correctional Center in Kearney, New Jersey ("HCCC") (the "Facilities"), and the United States Marshals Service, shall allow Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and/or Homeland Security Investigations ("HSI"), and the United States Attorney's Office for the Southern District of New York (the "Agencies") to remove **JIMMY ABELLARD**, Reg. No. **87621-054** (the "Inmate"), from the Facility at which he is detained between approximately 8:00 a.m. and 10:00 p.m., and on each occasion to return him to the appropriate Facility that same day, from the date of this Order through February 19, 2025.

2. The removing Agencies' Special Agents and Task Force Officers shall keep the Inmate in their custody on each day that he is removed and shall be responsible for the safekeeping and welfare of the Inmate during the periods in which they have custody of him.

3. This Order and the supporting affirmation shall be sealed and maintained in the custody of the United States Attorney's Office, except that a copy of this Order may be served on the Wardens of the Facilities, the United States Marshals Service, and the Agencies, to the extent necessary to carry out this Order.

Dated: White Plains, New York
August 19, 2024

*Cathy Seibel*

HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2